

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,148-02

### EX PARTE ANDREI GLUCK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W03-51313-W(B) IN THE 363rd DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the state jail offense of evading arrest and detention with a vehicle and sentenced to imprisonment for one hundred-eighty days in county jail pursuant to TEX. PENAL CODE § 12.44 (a).

The Applicant alleges that his plea of guilty in this case was involuntary. The State, in addition to pleading laches, responds to Applicant's claim as follows, in pertinent part:

Further evidence is needed regarding defense counsel's representation in this case. Thus, the State requests that this Court issue an order designating issues and requiring the gathering of evidence, as is customary, by way of affidavit from defense counsel, a hearing, and/or other means as the Court may deem necessary.

Subsequently, on May 5, 2014, a timely order designating issues was signed by the trial court. We remand this application to the 363rd District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law on the issue raised by the Applicant. In addition, the trial court shall enter findings of fact and conclusions of law addressing whether the Applicant's claim should be barred by laches.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 60 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 90 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: April 22, 2015
Do not publish